1   Paul J. Georgeson, Esq.
    Nevada Bar No. 5322
2   MCDONALD CARANO WILSON LLP
    100 WEST LIBERTY STREET, 10TH FLOOR
3   P.O. BOX 2670
    RENO, NV 89505
4   775-788-2000 - phone
    775-788-2020 – facsimile
5   pgeorgeson@mcdonaldcarano.com

6   *Attorneys for Plaintiff, Bentley Industries, Inc.*

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  BENTLEY INDUSTRIES, INC., a California        Case No.: 2:12-cv-01067-GMN-(NJK)
    corporation, DBA Neutraceutical Services of
    America,

12

13                        Plaintiff,

14        v.                                      **WITHDRAWAL OF APPEARANCE
                                                  AND EX-PARTE MOTION FOR
15  LONGEVITY NETWORK, LLC, a Nevada              REMOVAL FROM ECF SERVICE LIST**
    limited liability company; JAMES S. SONG,
16  an individual; and INTERNATIONAL
    SPORTS CENTER LLC, a Nevada limited
17  liability company, DBA and AKA Longevity
    Sports Center,

18                        Defendants.

19

20        PLEASE TAKE NOTICE that the undersigned, Paul J. Georgeson, Esq., of the law firm

21  of McDonald Carano Wilson LLP, hereby requests that the Honorable Andrew P. Gordon,

22  formerly of the law firm of McDonald Carano Wilson LLP, be withdrawn from his appearance in

23  this case on behalf of Plaintiff Bentley Industries, Inc., a California corporation, dba

24  Neutraceutical Services of America, and requests that Andrew P. Gordon, Esq. be removed from

25  //

26  //

27  //

28  //

the ECF and any other service in this case. Please remove the name, mailing address and email

address listed below from the mailing lists and the Court's ECF system for this case:

Andrew P. Gordon, Esq.
McDonald Carano Wilson LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
E-mail: agordon@mcdonaldcarano.com

DATED: August 30, 2013.

McDONALD CARANO WILSON LLP

By  /s/  Paul J. Georgeson
    Paul J. Georgeson
    100 West Liberty Street, 10th Floor
    P.O. Box 2670
    Reno, Nevada  89505-2670

*Attorneys for Plaintiff, Bentley Industries, Inc.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on August 30, 2013, a true and correct copy of the foregoing WITHDRAWAL OF APPEARANCE AND EX-PARTE MOTION FOR REMOVAL FROM ECF SERVICE LIST was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

By  /s/  Candace Johnson
     Candace Johnson

IT IS SO ORDERED.

Dated:  September 3, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3