Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Longevity Network, LLC,
International Sports Center LLC, and
James S. Song*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENTLEY INDUSTRIES, INC., a California corporation, DBA Neutraceutical Services of America,<br><br>Plaintiff,<br><br>vs.<br><br>LONGEVITY NETWORK, LLC, a Nevada limited liability company, JAMES S. SONG, an individual; and INTERNATIONAL SPORTS CENTER, LLC, a Nevada limited liability company, DBA and AKA Longevity Sports Center,<br><br>Defendants. | Case No. 2:12-cv-01067-JAD-NJK<br><br>**ORDER CANCELING LIS PENDENS** |

Plaintiff Bentley Industries, Inc. ("Bentley") recorded a Notice of Pendency of Action (the "Lis Pendens") on or about June 22, 2012 against real property owned by Defendant International Sports Center, LLC ("ISC"). The real property is located at 5975 Topaz Street, Las Vegas, Nevada (APN 162-36-202-028) (the "Property"). A copy of the Lis Pendens is attached hereto as Exhibit "A."

ISC filed a Motion to Cancel Lis Pendens, or in the Alternative, to Require Plaintiff to Post a Bond (the "Motion to Cancel Lis Pendens") (Docket No. 26.)

The Court heard oral argument and granted the Motion to Cancel Lis Pendens on November 8, 2013. (Docket No. 61.)

In light of the Court's ruling on the Motion to Cancel Lis Pendens, the Court now enters the following cancellation order:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall record a copy of this cancellation order in the real property records of Clark County, Nevada, for the Property (APN 162-36-202-028), within 10 days from the date this signed order is entered and that Plaintiff shall file proof of such recording with the Clerk of the Court.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 20, 2013.