**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BENTLEY INDUSTRIES, INC., | ) | Case No. 2:12-cv-01067-JAD-NJK |
| Plaintiff(s), | ) | ORDER SETTING HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| LONGEVITY NETWORK, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has already set a hearing on the emergency motion to withdraw (Docket No. 130) for 11:00 a.m. on October 23, 2014, in Courtroom 3C.  *See* Docket No. 131.  The Court hereby SETS a hearing on the emergency motion to extend (Docket No. 128) to be held at the same time.

IT IS SO ORDERED.

DATED: October 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge