```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

BENTLEY INDUSTRIES,            )
          Plaintiff,           )   Case No. 2:12-cv-1067-JAD-NJK
                               )
     vs.                       )
                               )       ORDER TEMPORARILY
LONGEVITY NETWORK, et al.,     )       UNSEALING TRANSCRIPT
          Defendants.          )
```

On November 14, 2014, Felicia Zabin, Transcriber, received a Transcript Order form dated November 14, 2014, requesting a transcript of the Sealed Settlement Conference, held on November 13, 2014, from Mr. Jonathan W. Fountain, Esq.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mr. Jonathan W. Fountain, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this  14th  day of  November , 2014.

_____
Nancy J. Koppe,
United States Magistrate Judge